# IN THE SUPREME COURT OF THE STATE OF NEVADA

PETER JASON HELFRICH,
Petitioner,

vs.

THE FIFTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF NYE,
Respondent.

PETER JASON HELFRICH,
Petitioner,

vs.

THE FIFTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF NYE,
Respondent.

No. 67005

**FILED**

MAR 1 7 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

No. 68539

## *ORDER DENYING PETITIONS*

These are pro se petitions for a writ of mandamus. Petitioner seeks an order directing the district court to grant his request to withdraw appointed counsel and represent himself in his postconviction proceeding. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. *See* NRS 34.160; NRS 34.170. Accordingly, we

ORDER the petitions DENIED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc: Hon. David R. Gamble, Senior District Judge
Peter Jason Helfrich
Attorney General/Carson City
Nye County Clerk

16-08491